**Order entered June 3, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00426-CV

### IN THE INTEREST OF V.E.B. AND C.B., CHILDREN

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-21-0463**

### ORDER

Before the Court is appellant's June 2, 2022 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **June 22, 2022**.

/s/    LANA MYERS
        JUSTICE